# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 01/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 5110
Boston, MA 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Chair | Integrity Initiatives International |
| 4. | Adjunct Lecturer | Harvard University Kennedy School |
| 5. | Senior Fellow | Harvard University Carr Center for Human Rights |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Harvard Kennedy School - Teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | COUNCIL ON FOREIGN RELATIONS, THIRD SECTOR NEW ENGLAND/ INTEGRITY INITIATIVES INT'L | 2/8-2/10/2017 | D.C. | EDUCATIONAL PROGRAM | TRAVEL FOOD LODGING |
| 2. | ASPEN INSTITUTE | 3/26-3/27/2017 | D.C. | EDUCATIONAL PROGRAM | TRAVEL FOOD LODGING |
| 3. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 4/1-4/8/2017 | LONDON & OXFORD, GREAT BRITAIN | EDUCATIONAL PROGRAM | TRAVEL FOOD LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 4/16/2017 | NEW YORK, NY | III BUSINESS MEETING | TRAVEL FOOD |
| 5. | NAT'L ENDOWMENT FOR DEMOCRACY, THIRD SECTOR NEW ENGLAND/ INTEGRITY INITIATIVES INT'L | 4/24-4/25/2017 | D.C. | EDUCATIONAL PROGRAM | TRAVEL FOOD LODGING |
| 6. | CARNEGIE MELLON U. IN AUSTRALIA, NEW S. WALES INDEP. COMM'N AGAINST CORRUPTION | 11/03-11/17/2017 | ADELAIDE, CANBERRA & SYDNEY, AUSTRALIA | EDUCATIONAL PROGRAM | TRAVEL FOOD LODGING |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 (H) 65 | | | | | | | | | |
| 2.  -iShares Edge MSCI Min | | None | | | Sold | 10/02/17 | J | | |
| 3.  -iShares IBOXX High Yield | A | Dividend | | | Sold | 10/02/17 | J | | |
| 4.  -iShares iBoxx Investment Grade Corp (LQD) | A | Dividend | | | Sold | 10/02/17 | J | | |
| 5.  - iShares Gold ETF f/k/a iShares Gold Trust | A | Dividend | | | Sold | 10/02/17 | K | | |
| 6.  -iShares JPMorgan USD MTS Bond ETF | A | Dividend | | | Sold | 10/02/17 | K | | |
| 7.  -iShares MSCI Hong Kong ETF | | None | | | Sold | 10/02/17 | J | | |
| 8.  -iShares Russell 2000 Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 9.  -iShares TIPS Bond Fund f/k/a iShares Barclays TIPS Bd fd | A | Dividend | | | Sold | 10/02/17 | J | | |
| 10.  -iShares TR Bond 20+ Treasury Bond Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 11.  -iShares 7-10 Year Treasury f/k/a iShares Barclays 7-10 Year Treasury | A | Dividend | | | Sold | 10/02/17 | J | | |
| 12.  -PIMCO Enhanced Short Matursou | A | Dividend | | | Sold | 10/02/17 | J | | |
| 13.  -PowerShares QQQ Trust, Series 1 | A | Dividend | | | Sold | 10/02/17 | J | | |
| 14.  -Powershares S&P Low Volatility | A | Dividend | | | Sold | 10/02/17 | J | | |
| 15.  -Schwab Govt Money Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 16.  -SPDR S&P 500 Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 17.  -Vanguard Dividend Appreciation Index | A | Dividend | | | Sold | 10/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Vanguard FTSE Developed Markets ETF (X) | A | Dividend | | | Sold | 10/02/17 | J | | |
| 19. | -Vanguard FTSE Emerging Markets ETF f/k/a Vang Emerging Markets | A | Dividend | | | Sold | 10/02/17 | J | | |
| 20. | -Vanguard Global EX US f/k/a Int'l Equ Global ex-US Real Estate | A | Dividend | | | Sold | 10/02/17 | J | | |
| 21. | -Vanguard Interm Term Corp Bd ETC | A | Dividend | | | Sold | 10/02/17 | J | | |
| 22. | -Vanguard Total Stock Market Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 23. | | | | | | | | | | |
| 24. | IRA #2 (H) (53) | | | | | | | | | |
| 25. | -iShares iBOXX high yield | A | Dividend | | | Sold | 10/02/17 | J | | |
| 26. | -iShares Boxx INVT Grd Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 27. | -iShares Commodiaties Select | A | Dividend | | | Sold | 10/02/17 | J | | |
| 28. | -iShares Edge MSCI Min | A | Dividend | | | Sold | 10/02/17 | J | | |
| 29. | -iSharesTrust ETF JP Morgan USD Emerging | A | Dividend | | | Sold | 10/02/17 | J | | |
| 30. | -iShares Gold ETF f/k/a iShared Gold Trust | A | Dividend | | | Sold | 10/02/17 | J | | |
| 31. | -iShares MSCI HK EFT Hong Kong | A | Dividend | | | Sold | 10/02/17 | J | | |
| 32. | -iShares MSCI Jpn ETF Japan | A | Dividend | | | Sold | 10/02/17 | J | | |
| 33. | -iShares MSCI EAF Min Volat Etf | A | Dividend | | | Sold | 10/02/17 | J | | |
| 34. | -iShares Russell 2000 Index | A | Dividend | | | Sold | 10/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -iShares TIPS Bond Fund f//k/a iShares Barclays TIPS Bd Fd 2.89% | A | Dividend | | | Sold | 10/02/17 | K | | |
| 36. -iShares Tr Bond 20+ year Treasury Bond Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 37. -iShares 7-10 Year Treasury Bond Fund f/k/a iShares Barclays 7-10 Yr | A | Dividend | | | Sold | 10/02/17 | K | | |
| 38. -iShares 3-7 Year Treasury | A | Dividend | | | Sold | 10/02/17 | J | | |
| 39. -PIMCO Enhanced Shrt | | None | | | Sold | 10/02/17 | J | | |
| 40. -PowerShares QQQ Trust, Series 1 | A | Dividend | | | Sold | 10/02/17 | K | | |
| 41. -Powershares S&P Low Volatility | A | Dividend | | | Sold | 10/02/17 | J | | |
| 42. -Schwab Govt Money Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 43. -SPDR S&P 500 ETF IV | A | Dividend | | | Sold | 10/02/17 | J | | |
| 44. -Vanguard Dividend Appreciation ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 45. -Vanguard FTSE ETF Developed Markets | A | Dividend | | | Sold | 10/02/17 | J | | |
| 46. -Vanguard FTSE Emerg Mkts ETF f/k/a Vanguard Emerging Markets Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 47. -Vanguard Global ex-US f/k/a Vanguard Global ex-US Real Estate Estate | A | Dividend | | | Sold | 10/02/17 | J | | |
| 48. -Vanguard Intermediate Term Corp ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 49. -Vanguard Total Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 50. -Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  BROKERAGE ACCOUNT #1 (H) (71) | | | | | | | | | |
| 53.  iShares Edge MSCI Min | A | Dividend | | | Sold | 10/02/17 | J | | |
| 54.  iShares Commodities Select | A | Dividend | | | Sold | 10/02/17 | J | | |
| 55.  iShares ETF Currency Hedge | A | Dividend | | | Sold | 10/02/17 | J | | |
| 56.  iShares Floating Rate Note Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 57.  iShares Gold ETF Trust f/ka iShares Gold Trust | | None | | | Sold | 10/02/17 | J | | |
| 58.  iShares iBoxx high yield | A | Dividend | | | Sold | 10/02/17 | J | | |
| 59.  iShares IBOXX Invt Grd Bd | A | Dividend | | | Sold | 10/02/17 | J | | |
| 60.  iShares JPMorgan USD MTS Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 61.  iShares MSCI HK ETF Hong Kong | A | Dividend | | | Sold | 10/02/17 | J | | |
| 62.  iShares Russell 2000 Index Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 63.  iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | | | Sold | 10/02/17 | K | | |
| 64.  iShares TIPS Bond ETF f/k/a iShares Barclays TIPS Bd FD 5.298% | A | Dividend | | | Sold | 10/02/17 | J | | |
| 65.  iShares 7-10 Year Treasury Bond Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 66.  iShares 20+ Treasury Bond | A | Dividend | | | Sold | 10/02/17 | J | | |
| 67.  PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 68.  PIMCO 0-5 Year High Yld | | None | | | Sold | 10/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PowerShares QQQ Trust, Series 1 | A | Dividend | | | Sold | 10/02/17 | K | | |
| 70. Schwab Government Money Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 71. Vanguard Total Bond Mkt ETF f/k/a Vanguard Bond Index Fund | A | Dividend | | | Sold | 10/02/17 | K | | |
| 72. Vanguard Dividend Appreciation | A | Dividend | | | Sold | 10/02/17 | J | | |
| 73. Vanguard FTSE Developed Markets ETF | | None | | | Sold | 10/02/17 | J | | |
| 74. Vanguard FTSE Emerging Markets ETF | | None | | | Sold | 10/02/17 | J | | |
| 75. Vanguard Intermediate Term Corp Bond Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 76. Vanguard Intl Eqty EFT | A | Dividend | | | Sold | 10/02/17 | J | | |
| 77. Vanguard Total Stock Market Index | A | Dividend | | | Sold | 10/02/17 | K | | |
| 78. | | | | | | | | | |
| 79. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 80. McDonald's Corp | B | Dividend | L | T | | | | | |
| 81. Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. BROKERAGE ACCOUNT #3 (H) (26) | | | | | | | | | |
| 84. iShares Edge MSCI Min | A | Dividend | | | Sold | 10/02/17 | J | | |
| 85. iShares Gold ETF f/k/a iShares GoldTrust | | None | | | Sold | 10/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares iBoxx High Yield | A | Dividend | | | Sold | 10/02/17 | K | | |
| 87. iShares iBoxx Invt Grd Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 88. iShares JPMorgan USD MTS Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 89. iShares MSCI Hong Kong | A | Dividend | | | Sold | 10/02/17 | J | | |
| 90. iShares Russell 2000 Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 91. iShares TIPS Bond ETF f/k/a iShares Barclays Fund 5.289% | A | Dividend | | | Sold | 10/02/17 | J | | |
| 92. iShares TR Bond 20+ Treasury Bond | A | Dividend | | | Sold | 10/02/17 | J | | |
| 93. iShares 7-10 Year Treasury f/k/a iShares Barclays 7-10 Bond | A | Dividend | | | Sold | 10/02/17 | J | | |
| 94. PIMCO Enhanced SHRT | | None | | | Sold | 10/02/17 | J | | |
| 95. PowerShares QQQ Trust, Series 1 | A | Dividend | | | Sold | 10/02/17 | K | | |
| 96. Powershares S&P Low Volatility | A | Dividend | | | Sold | 10/02/17 | J | | |
| 97. Schwab Govt Money Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 98. SPDR S&P 500 Fund | A | Dividend | | | Sold | 10/02/17 | K | | |
| 99. Vanguard FTSE Developed Markets ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 100. Vanguard FTSE Emerging Markets ETF f/k/a Vanguard Emerging Mkts Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 101. Vanguard Global ex-US Real Est ETF f/k/a Vanguard Int'l Equity ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 102. Vanguard Interm Term Corp Bd ETC | A | Dividend | | | Sold | 10/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard MSCI EAFE Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 104. Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 105. Vanguard Total Stock Market Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 106. Vanguard Dividend Appreciation | A | Dividend | | | Sold | 10/02/17 | J | | |
| 107. | | | | | | | | | |
| 108. BROKERAGE ACCOUNT #4 (H) (43) | | | | | | | | | |
| 109. iShares Edge MSCI Min f/k/a MSCI EAFE Minimum Volatility | A | Dividend | | | Sold | 10/02/17 | J | | |
| 110. iShares Gold ETF f/k/a iShares Gold Trust | | None | | | Sold | 10/02/17 | J | | |
| 111. iShares iBoxx High Yield | A | Dividend | | | Sold | 10/02/17 | J | | |
| 112. iShares iBoxx Invt Grade Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 113. iShares JPMorgan USD Mkts Bond ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 114. iShares MSCI Hong Kong | A | Dividend | | | Sold | 10/02/17 | J | | |
| 115. iShares Russell 2000 | A | Dividend | | | Sold | 10/02/17 | J | | |
| 116. iShares TIPS Bond ETF f/k/a iShares Barclays Tips Bond Fund 5.298% | A | Dividend | | | Sold | 10/02/17 | J | | |
| 117. iShares 20+ Yr Treasury Bond ETF f/k/a iShares Barclays20+ Yr Tr BD Fd | A | Dividend | | | Sold | 10/02/17 | J | | |
| 118. iShares 7-10 Year Treasury Bd ETF f/k/a iShares Barclays 7-10 Treasury | A | Dividend | | | Sold | 10/02/17 | J | | |
| 119. PIMCO Enhanced Short Maturity Strgy ETFa | A | Dividend | | | Sold | 10/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PIMCO 0-5 Year High Yld | | None | | | Sold | 10/02/17 | J | | |
| 121. PowerShares QQQ Trust, Series 1 | A | Dividend | | | Sold | 10/02/17 | J | | |
| 122. Schwab Govt Money Fund | A | Dividend | | | Sold | 10/02/17 | J | | |
| 123. Vanguard Dividend Appreciation | A | Dividend | | | Sold | 10/02/17 | J | | |
| 124. Vanguard FTSE Developed Markets ETF | | None | | | Sold | 10/02/17 | J | | |
| 125. Vanguard FTSE Emerging Markets ETF | | None | | | Sold | 10/02/17 | J | | |
| 126. Vanguard Interm Term Corp Bd ETC | A | Dividend | | | Sold | 10/02/17 | J | | |
| 127. Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 10/02/17 | J | | |
| 128. Vanguard Total Stock Market Index | A | Dividend | | | Sold | 10/02/17 | J | | |
| 129. | | | | | | | | | |
| 130. 3 E Brokerage Account (H) 51 | | | | | | | | | |
| 131. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 132. Fidelity Total Bond ETF (FBND) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 133. iShares Inc MSCI Jpn ETF | | None | K | T | Buy | 12/05/17 | K | | |
| 134. iShares MSCI FRNTR 100 ETF (FM) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 135. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | L | T | Buy | 10/03/17 | L | | |
| 136. iShares Trust MSCI India Index FD (INDA) | A | Dividend | J | T | Buy | 10/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 138. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 139. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 140. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 141. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 142. Powershares QQQ Tr Unit Ser 1(QQQ) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 143. | | | | | Sold (part) | 12/05/17 | J | | |
| 144. SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 145. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF (VWO) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 146. | | | | | Sold (part) | 11/05/17 | J | | |
| 147. Vanguard Index Fds Small Cap (VBR) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 148. | | | | | Sold (part) | 12/05/17 | J | | |
| 149. | | | | | Sold (part) | 12/05/17 | J | | |
| 150. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 151. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 152. | | | | | | | | | |
| 153. 3 E Brokerage Account 95 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 155. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 156. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 157. iShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 158. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 159. iShares Core US Aggregate Bond ETF (AGG) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 160. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 161. iShares TR Short Treas Bd (SHV) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 162. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 163. iShares Gold Trust iShares (IAU) | A | Dividend | | | Buy | 10/03/17 | J | | |
| 164. | | | | | Sold | 10/06/17 | J | B | |
| 165. Powershares QQQ Tr Unit Ser 1(QQQ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 166. SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 167. | | | | | | | | | |
| 168. 3 E Brokerage Account 00 (H) | | | | | | | | | |
| 169. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 170. Fidelity Total Bond ETF (FBND) | A | Dividend | J | T | Buy | 10/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  iShares Inc MSCI FRNTR 100 ETF (FM) | A | Dividend | K | T | Buy | 10/03/17 | J | | |
| 172.  iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 173.  iShares Trust MSCI India Index FD (INDA) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 174.  iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 175.  iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 176.  iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 177. | | | | | Buy (add'l) | 11/05/17 | J | | |
| 178. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 179.  iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 180. | | | | | Sold (part) | 10/05/17 | J | | |
| 181.  Powershares QQQ Tr Unit Ser 1(QQQ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 182. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 183.  Vanguard Intl Equity Index Fund FTSE Emerging Market ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 184. | | | | | Sold (part) | 10/05/17 | J | | |
| 185. | | | | | Sold (part) | 11/03/17 | J | | |
| 186. | | | | | Sold (part) | 12/05/17 | J | | |
| 187.  Vanguard Index Fds Small Cap (VBR) | A | Dividend | J | T | Buy | 10/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 189. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 190. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 191. | | | | | | | | | |
| 192. 3 E Brokerage Account 64 (H) | | | | | | | | | |
| 193. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 194. Fidelity Total Bond ETF (FBND) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 195. iShares Inc MSCI FRNTR 100 ETF (FM) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 196. iShares Inc MSCI Jpn ETF | | None | K | T | Buy | 12/05/17 | K | | |
| 197. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 198. iShares Trust MSCI India Index FD (INDA) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 199. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 200. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 201. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 202. | | | | | Sold (part) | 10/06/17 | J | | |
| 203. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 204. | | | | | Buy (add'l) | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Powershares QQQ Tr Unit Ser 1(QQQ) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 206. | | | | | Sold (part) | 12/05/17 | J | A | |
| 207. SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 208. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 209. | | | | | Sold (part) | 10/06/17 | J | | |
| 210. | | | | | Sold (part) | 11/03/17 | J | | |
| 211. | | | | | Sold (part) | 12/05/17 | J | A | |
| 212. Vanguard Index Fds Small Cap (VBR) | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 213. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 214. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 215. | | | | | | | | | |
| 216. 3 E Brokerage Account 53 (H) | | | | | | | | | |
| 217. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 218. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 219. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 220. iShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 221. iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 10/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. iShares Core US Aggregate Bond ETF (AGG) | A | Dividend | K | T | Buy | 10/04/17 | K | | |
| 223. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 224. iShares TR Short Treas Bd (SHV) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 225. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 226. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 227. | | | | | | | | | |
| 228. 3 E Brokerage Account 56 (H) | | | | | | | | | |
| 229. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 230. Fidelity Total Bond ETF (FBND) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 231. iShares Inc MSCI FRNTR 100 ETF (FM) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 232. iShare Inc MSCI JPN ETF | | None | J | T | Buy | 12/05/17 | J | | |
| 233. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 234. iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 235. iShares TR Barclays 7 - 10 Yr (IEF) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 236. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 237. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 238. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Buy | 10/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Powershares QQQ Tr Unit Ser 1(QQQ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 240. | | | | | Sold (part) | 12/05/17 | J | | |
| 241. SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 242. Vanguard Intl Equity Index Fund FTSE Emerging Market ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 243. | | | | | Sold (part) | 11/03/17 | J | | |
| 244. Vanguard Index Fds Small Cap (VBR) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 245. | | | | | Sold (part) | 12/05/17 | J | | |
| 246. Wisdomtree Trust Japan Hedge EQT (DXJ) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 247. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 248. | | | | | | | | | |
| 249. CHARLES SCHWAB MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 250. Fidelity USA n/k/a Fidelity Money Market Checking Account | A | Interest | K | T | | | | | |
| 251. Bank of America (savings) | A | Interest | K | T | | | | | |
| 252. Bank of America (checking) | A | Interest | K | T | | | | | |
| 253. LILO, LLC (Limited Liability Corporation) | D | Dividend | M | U | | | | | |
| 254. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 01/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2017, most of the assets owned by my ▮▮▮ and me were initially managed by Windhaven Investments ("Windhaven"). In mid-2017, those asserts were transferred for management to 3Edge Asset Management ("3Edge"). Windhaven and 3Edge provided the information in this Report concerning the assets each managed. That information is, to the best of my knowledge, correct.

My ▮▮▮ and I invest in what Windhaven and 3Edge call "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

I have not listed in Part VII the asset in my Relative's Personal Residence Trust in part because I recently learned it was terminated by my relatives several years ago.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mark L. Wolf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544